**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6765**

JOHNNY M. VANOVER,

Plaintiff - Appellant,

v.

RAIA HIRSCH, in their individual and official capacity; JEANETTE W. MCBRIDE, in her individual and official capacity; THEODORE N. LUPTON, in his individual and official capacity; WALTER SHAWN MCDANIEL, in his individual and official capacity; DAVID UNGER, in his individual and official capacity; REYNOLDO CROFY, in his individual and official capacity; RANDY BENSON, in his individual and official capacity; LARRY CRUTCHLOW, in his individual and official capacity; LUIS DIAZ, in his individual and official capacity; JIMMY WILDER, in his individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.  David C. Norton, District Judge. (4:14-cv-00277-DCN)

Submitted:  September 25, 2014      Decided:  September 30, 2014

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Johnny M. Vanover, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny M. Vanover appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Vanover's 42 U.S.C. § 1983 (2012) civil rights complaint under 28 U.S.C. § 1915A(b) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Vanover does not challenge the basis for the district court's disposition in his informal briefs, Vanover has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED